UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

YVONNE MASSARO,

                                Plaintiff,

                   -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK, *et. al.*,

                               Defendants.

----------------------------------------------------------------X

17 Civ. 8191 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendants request to file a motion for summary judgment. Plaintiff has opposed the request. It is hereby

       **ORDERED** that the request is GRANTED. Per the parties' proposed briefing schedule, Defendant shall file the opening brief by April 24, 2020. The opposition is due May 29, 2020. The reply is due June 12, 2020. The parties shall comply with the Individual Rules on briefs, page limits, exhibits and courtesy copies. It is further

       **ORDERED** that, in light of the scheduled motion, the February 25, 2020, 10:30 a.m. pre-motion conference is CANCELED.

Dated: February 20, 2020
       New York, New York

_____
       **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**