

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DOMINIQUE F. SAINT-FORT<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2444<br>dosaint@law.nyc.gov |
|---|---|---|

April 6, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. Defendant shall file their motion for summary judgment by May 15, 2020. Plaintiff's opposition shall be due June 19, 2020. Defendant's reply shall be due July 3, 2020.*

*Dated: April 7, 2020*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Re: Massaro v. The Department of Education of the City of New York, The Board of Education of the City School District of the City of New York
Docket No. 17 CV 8191 (LGS)(KNF)

Dear Judge Schofield:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant the Department of Education of the City of New York in the above-referenced action. Defendant's motion for summary judgment is due April 24, 2020. I write to request a three-week extension of time for Defendant to submit its motion. Plaintiff's counsel has consented to this request.

Defendant is requesting an extension because it has yet to receive copies of the deposition transcripts for the three defense witnesses who were deposed in this case. Principal Alan Barge and Assistant Principal Spyridoula Kontarinis were deposed on January 31, 2020, and Superintendent Anthony Lodico was deposed on March 4, 2020. Plaintiff's counsel is in the process of getting the transcripts to the undersigned. Thus, Defendant requests additional time to review the transcripts for inclusion in its motion.

If this request is granted, the parties propose the following briefing schedule: Defendant's motion would be due by May 15, 2020; Plaintiff's opposition would be due by June 19, 2020; and Defendant's reply would be due by July 3, 2020. This is Defendant's first request for an extension of time to file its motion for summary judgment. If this request is granted, it will not affect any other scheduled dates in this case.

Accordingly, Defendant respectfully requests that the Court adopt the above briefing schedule. Thank you for Your Honor's consideration of this request.

Respectfully submitted,
/s/ *Dominique F. Saint-Fort*
Dominique F. Saint-Fort
Assistant Corporation Counsel

cc: Stewart Lee Karlin, Esq. (via ECF)
STEWART LEE KARLIN
LAW GROUP, PC
Attorneys for Plaintiff
111 John Street, 22nd Floor
New York, New York 10038
212-792-9670
slk@stewartkarlin.com