UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YVONNE MASSARO,

                Plaintiff,                              17-CV-8191 (LGS)(KNF)

  -vs.-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK, et al.,

                Defendant
-------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 15 and 41(a)(l), that Plaintiff's remaining claim under that ADEA that "Defendant's review of her substitute teaching application on or after September 16, 2016, was in retaliation to her EEOC charge," is dismissed with prejudice with each party to bear its own costs and fees but without prejudice to Plaintiff's right to appeal the remaining claims that were previously dismissed by the Court in Summary Judgment Decision and Order Dkt No. 75.

Dated:  New York, New York
          February 2, 2021

| | |
|---|---|
| **STEWART LEE KARLIN**<br>**LAW GROUP, P.C.**<br>*Attorney for Plaintiff-Petitioner*<br>111 John St., 22nd Floor<br>New York, New York 10007<br>(212) 792-9670<br>By: _____<br>    Stewart Lee Karlin, Esq. | **NEW YORK CITY**<br>**LAW DEPARTMENT**<br>*Attorney for Defendant-Respondent*<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2444<br>By: _____<br>    Donlinique Saint-Fort, Esq. |

SO ORDERED:

_____
U.S.D.J.